

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
Ibrahim Mizrahi,

        Plaintiff,                          Civil Action No. 13-CV-6924(JGK)

       v.                                 **AFFIDAVIT OF SERVICE**

IntimateCo LLC, et al.,

        Defendants.
------------------------------------------------X
STATE OF NEW YORK )
                        S.S.:
COUNTY OF NEW YORK)

       **HECTOR FIGUEROA**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 2nd day of October, 2013, at approximately 1:30pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL AND INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL** upon **INTIMATECO LLC** at 149 Madison Avenue, #300, New York, NY by personally delivering and leaving the same with **GABRIEL SUTTON** who stated that she holds the position of Vice President with that company and is authorized by appointment to receive service at that address.

       **GABRIEL SUTTON** is a white male, approximately 50 years of age, stands approximately 5 feet 10 inches tall, weighs approximately 170 pounds with dark hair and blue eyes.

*/s/ Hector Figueroa*
**HECTOR FIGUEROA, #0870141**

Sworn to before me this
4th day of October, 2013

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com